

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

January 23, 2018

---

No.:        18-50020
D.C. No.:   2:07-cr-01402-SJO-4
Short Title: USA v. Alberino Magi

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<div style="border:1px solid black">

**FILED**

JAN 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</div>

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

   v.

ALBERINO MAGI, AKA Ron
Anderson, AKA Robert Knowles, AKA
Alberiono Magi, AKA Rino, AKA Glen
Ross, AKA Robert Ross,

               Defendant - Appellant.

No. 18-50020

D.C. No. 2:07-cr-01402-SJO-4
U.S. District Court for Central
California, Los Angeles

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., February 12, 2018** | Transcript shall be ordered. |
| **Wed., March 14, 2018** | Transcript shall be filed by court reporter. |
| **Mon., April 23, 2018** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., May 23, 2018** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhianna Rose Hixon
Deputy Clerk
Ninth Circuit Rule 27-7